UNITED STATES DISTRICT COURT          **FILE UNDER SEAL**
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA

               -against-                                     18-cr-157 (LAK)

SANTOS MINJAREZ,

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

         The Clerk's Office is directed to unseal the following documents and place them on the public docket:

1.    (S4) Information;
2.    Waiver of Indictment;
3.    The deputy clerk's minute entry showing entry of the plea of guilty.

         This order shall remain under seal.

SO ORDERED.

Dated:         August 2, 2022

                                  /s/ Lewis A. Kaplan (mab)
                                _____
                                      Lewis A. Kaplan
                               United States District Judge